NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**WESTERNGECO LLC,**
*Plaintiff-Cross-Appellant,*

v.

**ION GEOPHYSICAL CORPORATION,**
*Defendant-Appellant.*

2013-1527, 2014-1121, -1526, -1528

Appeals from the United States District Court for the Southern District of Texas in No. 09-CV-1827, Judge Keith P. Ellison.

**O R D E R**

The parties inform the court that final judgment has been entered by the district court and that both parties have appealed the final judgment, docketed as 2014-1526 and 2014-1528. The parties seek to consolidate all the appeals and set the briefing schedule.

Accordingly,

IT IS ORDERED THAT:

(1) The stay is lifted in 2013-1527, 2014-1121.

Case: 13-1527     Document: 21     Page: 2     Filed: 06/13/2014

2             WESTERNGECO L.L.C. v. ION GEOPHYSICAL CORP.

(2) The appeals are consolidated. The revised official caption is reflected above.

(3) Ion Geophysical Corporation's opening brief is due no later than September 4, 2014. WesternGeco LLC's opening brief is due no later than October 21, 2014. Ion Geophysical Corporation's reply brief is due no later than December 8, 2014. WesternGeco LLC's reply brief is due no later than December 29, 2014. The joint appendix is due no later than January 5, 2015.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26