NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**WESTERNGECO L.L.C.,**
*Plaintiff-Cross-Appellant,*

v.

**ION GEOPHYSICAL CORPORATION,**
*Defendant-Appellant.*

2013-1527, 2014-1121, -1526, -1528

Appeals from the United States District Court for the Southern District of Texas in No. 4:09-CV-01827, Judge Keith P. Ellison.

**ON MOTION**

Before BRYSON, *Circuit Judge.*

**O R D E R**

ION Geophysical Corporation ("ION") moves for partial dismissal of this appeal. WesternGeco L.L.C. opposes the motion.

The court deems it the better course to deny the motion and for ION to raise their jurisdictional arguments in their brief.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19